Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 206
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Algots, | Case No. 2:19-cv-02965-GMS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| – vs – | |
| EGS Financial Care, Inc., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Carol Algots ("Plaintiff") and Defendant EGS Financial Care, Inc. ("Defendant") have reached a settlement in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and expect to file a Joint Stipulation of Dismissal within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines.

RESPECTFULLY SUBMITTED,

Dated: November 21, 2019

By: */s/ Jeffrey E. Lohman*
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 21, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed with the Court using the CM/ECF system, which will notify all attorneys of record, including:

Coree Elizabeth Neumeyer
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391
602-229-5200
Email: coree.neumeyer@quarles.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Daniel Geary Roberts
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391
602-229-5421
Fax: 602-420-5153
Email: daniel.roberts@quarles.com
ATTORNEY TO BE NOTICED

By: /s/ Jeffrey E. Lohman
Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman
4740 Green River Rd Ste 206
Corona, CA 92880
Telephone: (866) 329-9217
Attorney for Plaintiff