Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Ste. 310
Corona, CA 92880
Tel: (866) 329-9217
Email: JeffL@jlohman.com
Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Algots, | ) |
| | ) Case No.: 2:19-cv-02965-GMS |
| Plaintiff, | ) |
| | ) |
| – vs – | ) |
| | ) STIPULATION FOR DISMISSAL WITH |
| EGS Financial Care Incorporated, | ) PREJUDICE |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carol Algots, and Defendant EGS Financial Care Incorporated hereby stipulate that Plaintiff's claims in the above-captioned litigation against Defendant EGS Financial Care Incorporated and this matter may be dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. A proposed form of order is attached.

RESPECTFULLY SUBMITTED,

Dated: December 16, 2019

By:/s/ Coree E. Neumeyer
Coree Elizabeth Neumeyer
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391 602-229-5200
Email: coree.neumeyer@quarles.com
*COUNSEL FOR DEFENDANT*

By: /s/ Jeffrey E. Lohman
Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Ste. 310
Corona, CA 92880
Tel: (866) 329-9217
Email: JeffL@jlohman.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, a true and correct copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Coree Elizabeth Neumeyer
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391 602-229-5200
Email: coree.neumeyer@quarles.com
*COUNSEL FOR DEFENDANT*

Daniel Geary Roberts
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391 602-229-5421
Fax: 602-420-5153
Email: daniel.roberts@quarles.com
*COUNSEL FOR DEFENDANT*

By: */s/ Jeffrey E. Lohman*
Jeffrey E. Lohman, AZ Bar #032315
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Ste. 310
Corona, CA 92880
Tel: (866) 329-9217
Email: JeffL@jlohman.com
*COUNSEL FOR PLAINTIFF*