# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Algots,<br><br>      Plaintiff,<br><br>v.<br><br>EGS Financial Care Incorporated,<br><br>      Defendant. | No. CV-19-02965-PHX-GMS<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Dismissal with Prejudice (Doc. 28), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing Plaintiff's claims against Defendant EGS Financial Care Incorporated with prejudice; each party to bear its own attorneys' fees and costs.

Dated this 16th day of December, 2019.

_____
G. Murray Snow
Chief United States District Judge